**MEMORANDUM ENDORSED**



Justin R. Marino, Principal   o: (212) 939-7228   f: (212) 531-6129
a: 105 Maxess Road, Suite 124, Melville, NY 11747   e: jmarino@stevensonmarino.com

June 8, 2022

<u>Via ECF Filing</u>

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2022
```

    Re:  <u>Juan Ortega v. Dona Chai LLC</u>
          <u>Civil Action No. 22-cv-1526 (GHW)</u>

Dear District Judge Woods:

    This office has been retained to represent Defendant Dona Chai LLC (the "Defendant"). Pursuant to Rules 1(E) of Your Honor's Individual Motion Practices and Rules, Defendant hereby requests one month from today to answer, move or otherwise respond to the Complaint, which would result in our responsive pleading being filed on or before July 11, 2022. We further request an adjournment of the pretrial conference currently scheduled for June 15, 2022 at 4:00 p.m. until some time on or after July 11, 2022.

    Defendant will use the foregoing time to investigate the claims raised herein and prepare an appropriate response, as well as explore settlement discussions with Plaintiff. This is the first request for the relief sought herein. Plaintiff's counsel consents to this request.

                                 Respectfully Submitted,

                                 /s/ Justin R. Marino
                                  Justin R. Marino

                              *Attorneys for Defendant*
                              Dona Chai LLC

cc: Plaintiff's Counsel (via ECF only)

---

Application granted.  The deadline for Defendant to answer or otherwise respond to Plaintiffs complaint is adjourned to July 11, 2022.  The initial pretrial conference is adjourned to July 14, 2022 at 4:30 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The deadline to submit the joint status letter and proposed case management plan and scheduling order described in the Court's February 25, 2022 order is adjourned to July 7, 2022.

SO ORDERED.

Dated: June 8, 2022
New York, New York

                                 GREGORY H. WOODS
                                United States District Judge