**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/18/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
JUAN ORTEGA, Individually, and On Behalf :
of All Others Similarly Situated, :
:
                          Plaintiff, :
:
vs. :
:
DONA CHAI LLC, :
:
                         Defendant. :
:
:
:
:
———————————————————— x

Case No. 1:22-cv-01526-GHW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: July 15, 2022

**MIZRAHI KROUB LLP**

*[signature]*

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: July 15, 2022

STEVENSON MARINO LLP

*(signature)*

Justin Robert Marino
75 Maiden Ln., Ste. 402
New York, NY 10038
(212) 939-7228
Fax: (212) 531-6129
jmarino@stevensonmarino.com

*Attorney for Defendant*

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: July 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge